# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SIDNEY CHARLES RANDALL, | CASE NO. C06-0798-JCC-MAT |
| Plaintiff, | |
| v. | ORDER STRIKING PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE |
| T. LARSON, | |
| Defendant. | |

Plaintiff, a Washington state prisoner proceeding *pro se*, has filed a motion for "relief from deadline" in this civil rights action brought pursuant to 42 U.S.C. § 1983. (Dkt. #22). Having reviewed plaintiff's motion and the balance of the record, the Court does hereby find and ORDER:

(1) Plaintiff's motion for relief from deadline does not specify the deadline from which he seeks relief, nor does plaintiff ask the Court for a specific amount of additional time in which to meet a deadline. Consequently, the Court is unable to grant any relief because plaintiff's motion is too vague. The Clerk shall STRIKE the motion (Dkt. #22) without prejudice to its being refiled with greater specificity.

(2) In addition, it appears that plaintiff did not serve a copy of the motion on counsel

for defendants, as he attaches no certificate of service to the motion. **Plaintiff is reminded that pursuant to Federal Rule of Civil Procedure 5(a) and Local Rule CR 5(f), he must send a copy of every motion he files to counsel for defendants, or the court will strike the motion and will not consider it.**

(2)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

DATED this 3rd day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge