UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SIDNEY CHARLES RANDALL, | ) | CASE NO. C06-0798-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: PLAINTIFF'S MOTIONS |
| | ) | |
| T. LARSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, proceeding *pro se* in this civil rights action, has filed two motions seeking to extend the deadlines set forth in the Pretrial Order. (Dkt. #24, 25). Plaintiff has also filed a second motion for appointment of counsel. (Dkt. #26). Plaintiff's first motion for appointment of counsel was denied by the court on July 21, 2006. (Dkt. #10). Having reviewed plaintiff's motions and the balance of the record, the court does hereby find and ORDER:

(1)  Plaintiff's motions to extend the deadlines set forth in the Pretrial Order (Dkt. #24, 25) are GRANTED. Each of the deadlines set forth in the Order issued on September 12, 2006 (Dkt. #16) is hereby extended for 60 days.

(2)  Plaintiff's second motion for appointment of counsel (Dkt. #26) is construed as a

01  motion for reconsideration of the prior order denying appointment of counsel. However, a motion

02  for reconsideration must be filed within ten days of the order to which it relates. *See* Local Rule

03  CR 7(h)(2). Because plaintiff's motion was filed three months after the order to which it relates,

04  the motion is DENIED as untimely.

05      (3)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for

06  defendants, and to the Honorable John C. Coughenour.

07      DATED this 23rd day of October, 2006.

09                  Mary Alice Theiler
                    United States Magistrate Judge

ORDER RE: PLAINTIFF'S MOTIONS
PAGE -2