# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| SIDNEY CHARLES RANDALL, | ) | CASE NO. C06-0798-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | SECOND MOTION FOR EXTENSION |
| T. LARSON, | ) | OF TIME TO COMPLETE |
| | ) | DISCOVERY |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, proceeding *pro se* in this civil rights action, has filed a second motion for an extension of time to complete discovery in this case. (Dkt. #35). The current deadline for discovery expires on January 16, 2007. (Dkt. #28). Having reviewed plaintiff's motion and the balance of the record, the Court does hereby find and ORDER:

(1) As reasons for the extension, plaintiff's cites difficulties in obtaining evidence and in communicating with other inmates who he alleges are witnesses to the events underlying this lawsuit. (Dkt. #35). Although the Court has already granted plaintiff one extension of time, due to his status as an incarcerated *pro se* litigant, the Court will accommodate his request for a further 90-day extension of time. Accordingly, plaintiff's motion for an extension of time to complete

ORDER GRANTING PLAINTIFF'S SECOND
MOTION FOR EXTENSION OF TIME TO
COMPLETE DISCOVERY
PAGE -1

discovery in this case (Dkt. #35) is GRANTED. **No further extensions will be granted absent extraordinary circumstances**.

(2) The following new deadlines shall apply: Discovery shall be completed by April 16, 2007. Dispositive motions shall be filed by May 17, 2007. The parties shall file a Joint Pretrial Statement by July 17, 2007.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

DATED this 8th day of January, 2007.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S SECOND
MOTION FOR EXTENSION OF TIME TO
COMPLETE DISCOVERY
PAGE -2