01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 SIDNEY CHARLES RANDALL,               )   CASE NO. C06-0798-JCC-MAT
                                         )
09        Plaintiff,                     )
                                         )
10        v.                             )   ORDER GRANTING PLAINTIFF'S
                                         )   MOTION TO COMPEL DISCOVERY
11 T. LARSON,                            )
                                         )
12        Defendant.                     )
   _____ )

13

14        Plaintiff,  proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983, has

15 filed a motion to compel defendant to comply with plaintiff's discovery requests (interrogatories

16 and a request for production of documents).  (Dkt. #39).  Defendant has filed a response to the

17 motion to compel.  (Dkt. #40).  Having reviewed plaintiff's motion to compel and defendant's

18 response, the court does hereby find and ORDER as follows:

19        (1)     In the response to the motion to compel, counsel for defendant raises no objection

20 to the discovery sought by plaintiff and concedes that plaintiff's request has been pending since

21 December 15, 2006.  (Dkt. #40 at 2).  Counsel explains that her delay in responding has been

22 caused by defendant's health problems and unavailability.  (*Id*.).  Counsel admits that she should

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL DISCOVERY
PAGE -1

01 have contacted plaintiff to inform him of the reason for the delay and should have requested an

02 extension of time to respond. (*Id*. at 3). Finally, counsel assures the court that she can provide

03 the requested discovery to plaintiff by March 22, 2007. (*Id*.)

04      In order to assure that defendant complies expeditiously with plaintiff's discovery request,

05 plaintiff's motion to compel (Dkt. #39) is GRANTED. Because plaintiff's discovery request has

06 already been pending for over two months, and the deadline for discovery is April 16, 2007,

07 defendant shall provide the requested discovery materials to plaintiff no later than **March 9, 2007.**

08      (2)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

09 defendant, and to the Honorable John C. Coughenour.

10      DATED this 2nd day of March, 2007.

11

                         Mary Alice Theiler

12                          United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL DISCOVERY
PAGE -2