UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIDNEY CHARLES RANDALL, | CASE NO. C06-0798-JCC-MAT |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY |
| T. LARSON, | |
| Defendant. | |

Plaintiff, proceeding *pro se* in this civil rights action, has filed a motion for an extension of time to file a reply to defendants' opposition to his motion for summary judgment. (Dkt. #53). Plaintiff did not note his motion for an extension of time for a particular date, as required by the Local Rules, and defendants have not filed an opposition to the motion. Having reviewed plaintiff's motion for an extension of time and the balance of the record, the Court does hereby find and ORDER:

(1) Although he did not note the motion for an extension of time, plaintiff's motion is timely, as it was filed before the due date for a reply. Plaintiff is advised that in the future he should note any motion for consideration by the Court on the appropriate date. *See* Local Rule CR 7(d). This information was previously provided to plaintiff in the Court's Order setting discovery deadlines. (Dkt. #16).

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE REPLY
PAGE -1

01   Plaintiff contends that due to the fact that he is incarcerated, it is impossible for him to
02 meet the five-day deadline for a reply that is set forth by Local Rule CR 7(d)(3).  Accordingly,
03 plaintiff requests a two week extension, or until June 15, 2007, to file his reply.  It appears that
04 defendants will not be prejudiced by a short extension.  Therefore, the Court will accommodate
05 plaintiff's request and his motion for an extension of time (Dkt. #53) is GRANTED.  Plaintiff's
06 reply is due no later than June 15, 2007.

07   (2)   The Clerk shall RENOTE plaintiff's motion for summary judgment (Dkt. #52) for
08 consideration by the Court on June 15, 2007.  The Clerk is further directed to send copies of this
09 Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

10   DATED this 31st day of May, 2007.

                                            _____
                                            Mary Alice Theiler
                                            United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE REPLY
PAGE -2