# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| SIDNEY CHARLES RANDALL, | ) | CASE NO. C06-0798-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| T. LARSON, | ) | TO FILE REPLY |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, proceeding *pro se* in this civil rights action, has filed a "motion for reconsideration." (Dkt. #61). It is apparent from reading this motion that plaintiff is seeking an additional extension of time to file his reply, which he filed along with the motion for reconsideration. The original deadline for filing the reply was June 15, 2007. (Dkt. #56). Accordingly, the motion for reconsideration will be construed as a motion for an extension of time to file a reply. Defendants have not filed a response to the motion. Having reviewed plaintiff's motion for an extension of time and the balance of the record, the Court does hereby find and ORDER as follows:

(1) Plaintiff's motion for an extension of time (Dkt. #61) is GRANTED. Plaintiff's

reply, filed on June 25, 2007 (Dkt. #60), will be considered by the Court when it considers plaintiff's motion for summary judgment.

(2) The Clerk shall RENOTE plaintiff's motion for summary judgment (Dkt. #52) for consideration by the Court on July 6, 2007. The Clerk is further directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

DATED this 3rd day of July, 2007.

Mary Alice Theiler
United States Magistrate Judge