01

02

03

04

05

06                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08  SIDNEY CHARLES RANDALL,              )    CASE NO. C06-0798-JCC
                                         )
09         Plaintiff,                    )
                                         )
10         v.                            )    ORDER GRANTING PLAINTIFF'S
                                         )    MOTION FOR SUMMARY
11  THEODORE LARSON,                     )    JUDGMENT; DENYING
                                         )    DEFENDANT'S MOTION FOR
12         Defendant.                    )    SUMMARY JUDGMENT
    _____ )
13

14         The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice

15  Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record,

16  does hereby find and ORDER:

17         (1)    The Court adopts the Report and Recommendation (Dkt. No. 69);

18         (2)    Plaintiff's motion for summary judgment (Dkt. No. 52) is GRANTED;

19         (3)    Defendant's motion for summary judgment (Dkt. No. 64) is DENIED; and

20         (4)    The Clerk is directed to appoint counsel from the Pro Bono Panel to represent

21                Plaintiff, pursuant to 28 U.S.C. § 1915(e).  The Clerk is further directed to send

22

ORDER  GRANTING  PLAINTIFF'S  MOTION  FOR
SUMMARY  JUDGMENT;  DENYING  DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
PAGE -1

01        copies of this Order to Plaintiff, to counsel of record, and to Judge Theiler.

02        DATED this 30th day of October, 2007.

03

04

05                                     _John C Coughenour_

06

07                                     JOHN C. COUGHENOUR
                                       United States District Judge
08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER  GRANTING  PLAINTIFF'S  MOTION  FOR
SUMMARY  JUDGMENT;  DENYING  DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
PAGE -2