Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SIDNEY CHARLES RANDALL, | ) ) | |
| Plaintiff, | ) ) | No. C06-0798 |
| vs. | ) ) | |
| THEODORE LARSON, | ) ) | STIPULATION AND ORDER OF DISMISSAL |
| Defendant. | ) ) ) ) | (CLERK'S ACTION REQUIRED) |

## STIPULATION

IT IS HEREBY STIPULATED between the plaintiff and King County Defendant Theodore Larson, parties to the above-entitled action that the same has been fully settled and compromised and may, therefore, be dismissed with prejudice as to King County Defendant Theodore Larson and without costs or attorney's fees.

STIPULATION AND ORDER OF DISMISSAL - 1
Gallagher/Randall/Dismiss

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820 Fax (206) 296-8819

DATED this 2(?) day of January, 2009.

By: /s/ James F. Williams
JAMES F. WILLIAMS, WSBA #23613
NICHOLAS A. MANHEIM, WSBA #39858
Attorneys for Plaintiff

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: /s/ John W. Cobb
JOHN W. COBB, WSBA #14304
Senior Deputy Prosecuting Attorney
Attorneys for King County Defendant

STIPULATION AND ORDER OF DISMISSAL - 2
Gallagher/Randall/Dismiss

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

ORDER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and it appearing to the court that the above-entitled cause has been fully settled and compromised, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDER, ADJUDGED and DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice as to King County Defendant Theodore Larson and without costs or attorney's fees.

DONE IN OPEN COURT this 2nd day of ~~January~~ March, 2009.

_____
HONORABLE JOHN C. COUGHENOUR

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: _____
JOHN W. COBB, WSBA #14304
Senior Deputy Prosecuting Attorney
Attorneys for King County Defendant


Copy received; approved as to form;
Notice of presentation Waived:

By: _____
JAMES F. WILLIAMS, WSBA #23613
NICHOLAS A. MANHEIM, WSBA #39858
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 3
Gallagher/Randall/Dismiss

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819